1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   SHIRLEY ANN PERRY,                     CASE NO. 1:12-cv-02089-SAB

10                 Plaintiff,

**ORDER GRANTING APPLICATION TO**
**PROCEED IN FORMA PAUPERIS**

11   v.

12   COMMISSIONER OF SOCIAL
     SECURITY, et al.,                      (Doc. 3)

13
                 Defendants.

14   _____/

15

16       Plaintiff Shirley Ann Perry filed a complaint on December 28, 2012, along with an

17   application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application

18   demonstrates entitlement to proceed without prepayment of fees.

19       Accordingly, IT IS HEREBY ORDERED THAT:

20       1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

21       2.      The Clerk of Court is DIRECTED to issue a summons; and

22       3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons,

23               and this order upon the defendant as directed by the plaintiff.

24       IT IS SO ORDERED.

25   **Dated:   January 7, 2013**            **/s/ Stanley A. Boone**
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28