1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  SHIRLEY ANN PERRY,                    CASE NO. 1:12-cv-02089-SAB

10                      Plaintiff,

                                        **ORDER GRANTING APPLICATION TO**
11     v.                                **PROCEED IN FORMA PAUPERIS**

12  COMMISSIONER OF SOCIAL
    SECURITY, et al.,                    (Doc. 3)
13
                        Defendants.
14  _____/

15

16        Plaintiff Shirley Ann Perry filed a complaint on December 28, 2012, along with an

17  application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application

18  demonstrates entitlement to proceed without prepayment of fees.

19        Accordingly, IT IS HEREBY ORDERED THAT:

20        1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

21        2.      The Clerk of Court is DIRECTED to issue a summons; and

22        3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons,

23                and this order upon the defendant as directed by the plaintiff.

24        IT IS SO ORDERED.

25  **Dated:   January 7, 2013**            _____
                                          **/s/ Stanley A. Boone**
26                                         UNITED STATES MAGISTRATE JUDGE

27

28

1