# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY ANN PERRY,<br><br>                Plaintiff,<br><br>     v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:12-cv-02089-SAB<br><br>ORDER REMANDING MATTER FOR FURTHER PROCEEDINGS AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF Nos. 23, 24) |

      On December 28, 2012, Plaintiff Shirley Ann Perry ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff's appeal was denied on February 21, 2014.

      Plaintiff appealed the matter to the Ninth Circuit Court of Appeals and the matter was reversed and remanded on May 4, 2016. Due to the conflicting evidence in the record, the Ninth Circuit directed that the matter be remanded to the ALJ for reconsideration. On June 28, 2016, the mandate of the Ninth Circuit was filed.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED THAT this matter is remanded to the ALJ for reconsideration consistent with the order of the Ninth Circuit Court of Appeals. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **June 30, 2016**

UNITED STATES MAGISTRATE JUDGE